FRANCES STEINBERG, Respondent, v. BERNARD R. ARMOUR, Appellant.—Action in replevin to recover from defendant five bonds, or if delivery cannot be made by the defendant, to recover the value, to wit, $5,000, with interest. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARRIET WEISER, Respondent, v. JOSEPH WEISER and Others, Defendants, Impleaded with ABRAHAM WEISER and Others, Appellants.—Action in partition. Order granting plaintiff's motion to strike out the first and second affirmative defenses contained in the amended answer of defendants-appellants, as insufficient, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID KRAUS, Respondent, for an Order of Mandamus against JOHN H. DELANEY and Others, Who Duly Constitute the Board of Transportation of the City of New York, Appellants.— Order granting upon reargument petitioner's motion for a peremptory order of mandamus, unanimously modified by striking out so much thereof as provides for the payment of salary from the 20th day of July, 1934, and remitting the matter to Special Term to determine the amount due, if any, from May 6, 1935, the date when chapter 734 of the Laws of 1935 became effective, and as so modified affirmed, without costs. (See *Matter of Mullane* v. *Mc Kenzie,* 269 N. Y. 369.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD W. HARRIS, Appellant, v. RICHARD EDWARDS, as Treasurer of the Motion Picture Machine Operators Union, Local No. 650, Westchester County, New York, of the International Alliance Theatrical Stage Employees and Motion Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent.— Plaintiff, a member of defendant union, brought this action to vacate, set aside and annul two separate resolutions adopted by the defendant union on September 12, 1933, and November 28, 1933, respectively, by which resolutions plaintiff was suspended from membership in the union, deprived of his employment and fined a sum of money; to obtain restoration to the position of employment from which he was removed by the union upon such suspension, and to recover damages for loss of earnings sustained as a result of such suspension and removal. Plaintiff appealed from so much of the judgment as limited his recovery to $685.20; from so much as failed to annul the second resolution adopted on November 28, 1933; from so much as failed to direct plaintiff's restoration to his position, and from so much of said judgment as failed to award to him the full relief demanded in the complaint. Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VIOLA B. EDGSON and ALFRED EDGSON, Respondents, v. SAMUEL KLEIN, Appellant.— Action by Viola B. Edgson to recover damages for false arrest and detention, and by her husband for medical expenses and loss of services. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.